JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE LEE JOHNSON III, <br><br> Plaintiff, <br> v. <br><br> UNITED STATES OF AMERICA *et al.*, <br><br> Defendants. | Case No.: 2:24-CV-8138-CBM-MAP <br><br> **JUDGMENT** |

    Consistent with the Court's Order re: Defendant United States of America's Motion for Summary Judgment, judgment is entered in favor of Defendant United States of America and against Plaintiff Willie Lee Johnson III on Plaintiff's claims for negligence – statutory liability and negligence – vicarious liability (first and second causes of action).

DATED:  December 2, 2025.

CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE